IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McGregory, Keith

Printed: 3/18/08

Case Number: 07 B 08450
Judge: Squires, John H
Filed: 5/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 6, 2008
Confirmed: August 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,390.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,314.94 |
| Trustee Fee: |  | 75.06 |
| Other Funds: |  | 0.00 |
| Totals: | 1,390.00 | 1,390.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Damita G Buffington & Associates | Administrative | 3,324.00 | 1,314.94 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 4. | Land Rover Financial Services | Secured | 0.00 | 0.00 |
| 5. | Bmw Of North America | Secured | 0.00 | 0.00 |
| 6. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 7. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 8. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 9. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 10. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 11. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 12. | CitiMortgage Inc | Secured | 18,351.32 | 0.00 |
| 13. | Barclays Capital Real Estate | Secured | 20,907.73 | 0.00 |
| 14. | Internal Revenue Service | Priority | 23,774.32 | 0.00 |
| 15. | Ravisole Country Club | Unsecured | 7,476.58 | 0.00 |
| 16. | RMI/MCSI | Unsecured | 256.89 | 0.00 |
| 17. | Asset Acceptance | Unsecured | 954.45 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 1,118.69 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 1,280.63 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 710.21 | 0.00 |
| 21. | Internal Revenue Service | Unsecured | 14,282.52 | 0.00 |
| 22. | RoundUp Funding LLC | Unsecured | 638.58 | 0.00 |
| 23. | Starwood Vacation Owner | Secured |  | No Claim Filed |
| 24. | First Premier Bank | Unsecured |  | No Claim Filed |
| 25. | Thd/Cbsd | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McGregory, Keith | Case Number: 07 B 08450 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 3/18/08 | Filed: 5/9/07 |

| | | | | |
|---|---|---|---|---|
| 26. | F&W LLC | Unsecured | | No Claim Filed |
| 27. | ER Solutions | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 93,075.92 | $ 1,314.94 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 75.06 |
| | _____ |
| | $ 75.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____